**DENY; and Opinion Filed December 11, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01365-CV

## IN RE PETER BEASLEY, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03141**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

Before the Court is relator's petition for writ of mandamus in which he complains of a November 3, 2017 sanctions order and a November 22, 2017 order denying his motion to disqualify and recuse the trial judge. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

171365F.P05